IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRICE LENHARD,<br><br>　　　　　　Defendant. | 8:13-CR-252<br><br>**FINAL ORDER OF<br>FORFEITURE AND JUDGMENT** |

　　　This matter is before the Court on its own motion and on the plaintiff's Motion for Forfeiture Money Judgment. Filing 110. The plaintiff seeks forfeiture in the form of a money judgment against the defendant in the amount of $45,000. In a Preliminary Order of Forfeiture, dated July 23, 2014, the Court previously found that the defendant should be ordered to pay $45,000, and granted the plaintiff's motion. *See* filing 121. At that time, the Court noted that the preliminary order would become final at sentencing, at which time the Court would enter a separate judgment. *See* filing 121.

　　　The Court continues to find that entry of money judgment in the amount of $45,000 is appropriate. The defendant has been sentenced, and the preliminary order is now final. *See* Fed. R. Crim. P. 32.2(b)(4)(A).

　　　THEREFORE, IT IS ORDERED:

1.　　The defendant shall forfeit to the United States $45,000, and judgment is entered against the defendant and in favor of the plaintiff in the sum of $45,000.

Dated this 14th day of October, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge